UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMMY"S RESTAURANT, INC.,<br><br>          Defendant. | No.  2:15-cv-147-TLN-KJN<br><br>**ORDER** |

On October 31, 2023, the magistrate judge filed findings and recommendations (ECF No. 67), which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  On November 7, 2023, Plaintiff filed objections to the findings and recommendations (ECF No. 68), which the Court reviewed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 67) are ADOPTED IN FULL;
2. Plaintiff's motion for default judgment (ECF No. 62) is DENIED;
3. Plaintiff's claim under the Americans with Disabilities Act is DISMISSED as moot;
4. The Court DECLINES to exercise supplemental jurisdiction over the remaining state law claims; and
5. The Clerk of Court is directed to close this case.

Date: December 4, 2023

Troy L. Nunley
United States District Judge